UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTINA FAZZOLARI,

      Plaintiff,                       CIVIL ACTION NO. 11-11732

    v.                                DISTRICT JUDGE JOHN CORBETT O'MEARA

TAYLOR BEAN & WHITAKER        MAGISTRATE JUDGE MARK A. RANDON
MORTGAGE CORPORATION;
AMERICAN HOME MORTGAGE
SERVICING, INC.; FIRST SECURITIES
FINANCIAL SERVICES, INC.; MORTGAGE
ELECTRONIC REGISTRATION SYSTEM,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY AND TO DEEM ADMITTED REQUESTS FOR ADMISSION (DKT. NO. 11)

This matter is before the Court on Defendants' Motion to Compel Discovery and to Deem Admitted Requests for Admission (Dkt. No. 11). Plaintiff failed to respond to Defendants' outstanding discovery requests and request for admissions, failed to respond to the instant motion to compel, and failed to appear on November 29, 2011, for oral argument on the motion. According, being fully advised,

IT IS ORDERED that Defendants' motion to compel IS GRANTED. Plaintiff shall respond to Defendants' first set of interrogatories and production requests on or before December 10, 2011. If plaintiff fails to timely respond to the outstanding discovery as ordered, then the undersigned will recommend to District Judge John Corbett O'Meara that Plaintiff's lawsuit be dismissed with prejudice.

IT IS FURTHER ORDERED that the first set of requests for admission are deemed admitted.

IT IS FURTHER ORDERED that defense counsel shall submit a bill of costs and attorney fees for time and expenses associated with the instant motion.

s/Mark A. Randon  
Mark A. Randon  
United States Magistrate Judge

Dated:  November 30, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 30, 2011, electronically.*

*s/Melody R. Miles*  
*Case Manager to Magistrate Judge Mark A. Randon*  
*(313) 234-5542*
