UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTINA FAZZOLARI,

    Plaintiff,

v.

TAYLOR BEAN & WHITAKER
MORTGAGE CORPORATION, et al.

    Defendants.
_____/

Case No. 5:11-cv-11732
Hon. John Corbett O'Meara
Magistrate Judge Mark A. Randon

**ORDER GRANTING DEFENDANTS AMERICAN HOME MORTGAGE SERVICING, INC.'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF**

This matter is before the Court on Defendants, American Home Mortgage Servicing, Inc.'s and Mortgage Electronic Registration Systems, Inc.'s (together, "Defendants") Motion to Compel Deposition of Plaintiff (Dkt. No 14). Plaintiff failed to respond to Defendants' request to take Plaintiff's deposition, failed to respond to the instant motion to compel, and failed to appear on December 13, 2011, for oral argument on the motion. According, being fully advised,

IT IS ORDERED that Defendants' motion to compel IS GRANTED. Plaintiff shall, within ten (10) days from the date of hearing on the instant motion to compel (by December 23, 2011), identify three (3) firm dates within the next thirty (30) days in which Plaintiff is available for her deposition.

2

IT IS FURTHER ORDERED that Defendants are awarded costs and attorney fees for time and expenses associated with the instant motion in the amount of Five Hundred Twenty-Five and 00/100 ($525.00) Dollars.

                                              s/Mark A. Randon  
                                              Mark A. Randon  
                                              United States Magistrate Judge

Dated:  December 27, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 27, 2011, electronically.*

                                              *s/Melody R. Miles*  
                                              *Case Manager to Magistrate Judge Mark A. Randon*  
                                              *(313) 234-5542*