UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTINA FAZZOLARI,

       Plaintiff,

                                       Case No. 11-11732

v.

                                       Hon. John Corbett O'Meara

TAYLOR BEAN & WHITAKER
MORTGAGE CORPORATION, *et al.*,

       Defendants.

_____/

**ORDER GRANTING DEFENDANTS'**
**MOTIONS TO DISMISS**

      Before the court are Defendants American Home Mortgage Servicing, Inc. and Mortgage

Electronic Registration Systems, Inc.'s motion to dismiss, filed December 19, 2011, and

Defendant First Securities Financial Services, Inc.'s motion for summary judgment, filed

January 3, 2012.  Plaintiff has not filed a response to either motion.

      Defendants contend that this action should be dismissed because Plaintiff has failed to

comply with Defendants' discovery requests and Magistrate Judge Randon's November 30, 2011

order compelling discovery.  In that order, Magistrate Judge Randon stated that if "plaintiff fails

to timely respond to the outstanding discovery as ordered, then the undersigned will

recommend to District Judge John Corbett O'Meara that Plaintiff's lawsuit be dismissed with

prejudice."  The court concludes that, given Plaintiff's failure to comply with discovery requests

and the court's order, as well as Plaintiff's failure to respond to Defendants' motions to dismiss,

dismissal is warranted.

      Therefore, IT IS HEREBY ORDERED that Defendants' motions to dismiss [docket no.

18] and Defendant's motion for summary judgment [docket no. 21] are GRANTED.  Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion to extend the dispositive motion deadline [docket no. 22] is DENIED AS MOOT.

s/John Corbett O'Meara
United States District Judge

Date:  February 7, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 7, 2012, using the ECF system.

s/William Barkholz
Case Manager